**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 00-30457**
**Summary Calendar**
_____


**PAULA J. GRISWOLD,**

**Plaintiff-Appellant,**


**VERSUS**


**LOUISIANA WORKER'S COMPENSATION CORPORATION; GEORGE**
**BRUNET; LISA HUFFTY; GARY LEE; KATE ALTAZAN,**

**Defendants-Appellees.**


_____

Appeal from the United States District Court
For the Middle District of Louisiana
(98-CV-906)
_____

December 13, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Paula J. Griswold ("Griswold") filed suit under the Americans with Disabilities Act, 42 U.S.C. § 1210, et seq., in the United States District Court for the Middle District of Louisiana against her employer, Louisiana Worker's Compensation Corporation, and various individual defendants who were supervisors. The defendants

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

answered and moved for summary judgment.  The parties consented in writing to the referral of this controversy to the magistrate judge for final disposition.  In a 19-page ruling filed under date of March 6, 2000, the magistrate judge gave thorough and comprehensive consideration to all of the individual aspects upon which Griswold claims she was disabled; and ultimately concluded that Griswold had failed to establish that she suffered from a "disability" within the meaning of the Act.  Accordingly, the magistrate judge entered a Final Judgment granting defendants' motion for summary judgment; and Griswold timely appealed.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the magistrate judge in the ruling referred to above, we are satisfied that plaintiff's claim of disability has been given the individualized consideration contemplated by the Supreme Court in *Sutton v. United Airlines, Inc.*, 119 S. Ct. 2139.  Accordingly, we affirm the Final Judgment entered herein.

**AFFIRMED.**